DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEANNA ANDREA SYMONE JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1431

_____

May 21, 2025

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Deanna Andrea Symone Jackson appeals from her judgment and sentences for one count of unlawful use of a two-way communication device, conspiracy to traffic in fentanyl, trafficking in fentanyl, and possession of a place for purpose of trafficking in a controlled substance. Ms. Jackson was sentenced to five years' imprisonment on the first count

and thirteen years' imprisonment on the remaining counts, to run concurrently, followed by two years' community control and three years' probation. Ms. Jackson filed a motion to correct sentencing error, asking the trial court to strike a four percent surcharge. The trial court granted Ms. Jackson's motion to correct sentencing error but failed to enter an amended order of community control/probation. Accordingly, we affirm Ms. Jackson's judgment and sentences but remand for entry of an amended order of community control/probation. *See Bassett v. State*, 23 So. 3d 236, 237 (Fla. 2d DCA 2009).

Affirmed; remanded for entry of amended order.

SLEET, C.J., and MORRIS and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.